**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SJOGREN<br><br>    Plaintiff(s),<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.<br><br><br>    Defendant(s). | CASE NO:<br>2:15–cv–01551–FMO–AJW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

   Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

DATED: June 11, 2015            /s/ *Fernando M. Olguin*
                      Fernando M. Olguin
                      United States District Judge